Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN and IVAN J. JOHNSON LUCIANO,<br><br>  Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS, LLC,<br><br>  Defendant. | No. 2:22-cv-00893-JHC<br><br>JOINT MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JULY 25, 2023 |

Plaintiffs Alexandria L. Erwin and Ivan J. Johnson Luciano ("Plaintiffs") and Defendant OBI Seafoods, LLC ("Defendant") respectfully request that this Court grant leave for Plaintiffs to amend their Complaint to remove their request for economic damages.

Plaintiffs initially filed their complaint on June 24, 2022, alleging Defendant discriminated and retaliated against them during their employment. Complaint, Dkt. # 1. Defendant denied Plaintiffs' allegations. Answer, Dkt. # 8. Although Plaintiffs initially requested economic damages, they have agreed to withdraw this request. See Plaintiffs' Motion to Quash, Dkt. # 23 at 3. A copy of Plaintiffs' proposed Amended Complaint for Damages, which is revised to remove their request for economic damages in this action, is

JOINT MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND ORDER GRANTING MOT. FOR LEAVE TO AMENDED COMPLAINT – 1
(Case No. 2:22-cv-00893-JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

attached hereto as **Exhibit A**. Defendants have agreed to jointly move the court to permit Plaintiffs to file the amended complaint.

When more than 21 days have elapsed since the service of a complaint and a responsive pleading has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, Defendant has stipulated to Plaintiffs amending their complaint and has agreed to jointly move for the amendment. Plaintiffs should be permitted to file their amended complaint, a red-lined copy of which is attached as **Exhibit A**. Defendant should be permitted to file its answer within 21 days of the filing of Plaintiffs' Amended Complaint. The parties respectfully request that the Court enter the proposed order below granting leave for amendment.

DATED this 25th day of July, 2023.

JOINT MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND ORDER GRANTING MOT. FOR LEAVE TO AMENDED COMPLAINT – 2
(Case No. 2:22-cv-00893-JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

SCHROETER, GOLDMARK & BENDER

*s/Carson Phillips-Spotts*
CARSON PHILLIPS-SPOTTS, WSBA #51207
401 Union Street, Suite 3400
Seattle, WA 98101202
Tel: 206.622.8000
Fax: 206.682.2305
spotts@sgb-law.com

ELIZABETH HANLEY, WSBA #38233
401 Union Street, Suite 3400
Seattle, WA 98101202
Tel: 206.622.8000
Fax: 206.682.2305
hanley@sgb-law.com

KAREN A. KLEIN, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
karen@karenkleinlaw.com
*Attorneys for Plaintiffs*

DATED this 25th day of July, 2023.

LITTLER MENDELSON, P.C.

*s/Nina Stroescu* (per email authority)
NINA STROESCU, WSBA #60361
NStroescu@littler.com
ALYESHA A. DOTSON, WSBA #55122
ADotson@littler.com
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Seattle, WA 98101202
Tel: 206.623.3300
Fax: 206.447.6965
*Attorneys for Defendant*
*OBI Seafoods, LLC*

JOINT MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND ORDER GRANTING MOT. FOR LEAVE TO AMENDED COMPLAINT – 3
(Case No. 2:22-cv-00893-JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

**ORDER**

The Court having reviewed the foregoing Joint Motion for Leave to Amend Plaintiffs' Complaint and the Defendant having agreed to the amendment, therefore:

It is hereby ORDERED that Plaintiffs are granted leave to file their Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit A**.

It is also ORDERED that Defendant shall have 21 days after the filing of Plaintiffs' Amended Complaint to file any response thereto.

IT IS SO ORDERED

DATED this 25th day of July, 2023

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

JOINT MOTION FOR LEAVE TO
AMEND PLAINTIFFS' COMPLAINT
AND ORDER GRANTING MOT.
FOR LEAVE TO AMENDED
COMPLAINT – 4
(Case No. 2:22-cv-00893-JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel For: Defendant OBI Seafoods, LLC*

Nina Stroescu, WSBA #60361
Alyesha A. Dotson, WSBA #55122
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101
(206) 623-3300

NStroescu@littler.com
adotson@littler.com
NVillegasDiaz@littler.com

☐ Via Facsimile
☐ Via First Class Mail
☐ Via Messenger
☐ Via Email
☒ Via EFiling/EService

DATED:     July 25, 2023, at Seattle, Washington.

*s/Daena Temkova*
Daena Temkova, Legal Assistant

JOINT MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND (PROPOSED) ORDER GRANTING MOT. FOR LEAVE TO AMENDED COMPLAINT – 5
(Case No. 2:22-cv-00893-JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305