The Honorable John H. Chun
Trial Date: April 29, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRIA L. ERWIN and
IVAN J. JOHNSON LUCIANO,

Plaintiffs,

vs.

OBI SEAFOODS, LLC,

Defendant.

Case No. 2:22-cv-00893-JHC

**STIPULATED MOTION TO STAY PROCEEDINGS AS TO PLAINTIFF IVAN J. JOHNSON LUCIANO**

**NOTED ON MOTION CALENDAR:**
**September 6, 2023**

Plaintiff, Ivan Johnson Luciano, by and through counsel, Karen Klein, and Defendant, OBI Seafoods, LLC, by and through undersigned counsel (collectively "the Parties"), hereby stipulate to jointly move this Court for an order staying the case as to Plaintiff Ivan Johnson Luciano only due to a settlement agreement by the Parties. In support of this motion, the Parties state the following:

1. On September 5, 2023, the Parties came to a settlement agreement in this matter with Plaintiff Ivan Johnson Luciano.

2. Plaintiff's counsel, Karen Klein, is currently out of the country and filed a Notice of Unavailability with the Court returning September 25, 2023. Dkt. #39.

3. Upon Karen Klein's return, the Parties plan to execute a settlement agreement in this matter.

STIPULATED MOTION TO STAY PROCEEDINGS AS TO
PLAINTIFF LUCIANO - 1
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

4. Due to the delay in executing the settlement agreement, good cause exists for this stay.

5. A stay will afford the parties necessary time to confirm settlement terms and resolve this matter without further expense of judicial resources.

Counsel for both parties have discussed this extension with their respective clients and the Parties agree with this extension.

IT IS SO STIPULATED THIS 6th day of September, 2023.

s/ Elizabeth A. Hanley
Carson Phillips-Spotts, WSBA #51207
spotts@sgb-law.com
Elizabeth Hanley, WSBA #38233
hanley@sgb-law.com
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
*Attorneys for Plaintiffs*
Alexandria L. Erwin and
Ivan J. Johnson Luciano

s/ Alyesha A. Dotson
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
Nina Stroescu, WSBA #60361
nstroescu@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:         206.447.6965

*Attorney for Defendant*
OBI Seafoods, LLC

s/ Karen A. Klein
Karen A. Klein, WSBA #14989
karen@karenkleinlaw.com
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
*Attorney for Plaintiffs*
Alexandria L. Erwin and
Ivan J. Johnson Luciano

**STIPULATED MOTION TO STAY PROCEEDINGS AS TO PLAINTIFF LUCIANO -** 2
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore,

**IT IS HEREBY ORDERED** that the case is stayed as to Plaintiff Ivan Johnson Luciano until October 16, 2023, and settlement paperwork shall be filed by the same date.

DATED this 6th day of September, 2023.

*John H. Chun*

John H. Chun
United States District Judge

STIPULATED MOTION TO STAY PROCEEDINGS AS TO
PLAINTIFF LUCIANO - 3
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on September 6, 2023, I electronically filed the foregoing document titled **STIPULATED MOTION TO STAY PROCEEDINGS AS TO PLAINTIFF IVAN J. JOHNSON LUCIANO** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorneys for Plaintiffs**

Carson Phillips-Spotts, WSBA #51207
Elizabeth Hanley, WSBA #38233
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
Email: spotts@sgb-law.com
Email: hanley@sgb-law.com
Email: Hodges@sgb-law.com
        temkova@sgb-law.com

Karen A. Klein, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
Email: karen@karenkleinlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on September 6, 2023, at Seattle, Washington.

*s/ Colette Pringle-Saunders*
Colette Pringle-Saunders, Legal Secretary
Cpsaunders@littler.com
**LITTLER MENDELSON, P.C.**

4873-8705-2926.1 / 112405-1002

**STIPULATED MOTION TO STAY PROCEEDINGS AS TO PLAINTIFF LUCIANO -  4**
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300