The Honorable John H. Chun
Trial Date: April 29, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRIA L. ERWIN and
IVAN J. JOHNSON LUCIANO,

        Plaintiffs,

    vs.

OBI SEAFOODS, LLC,

        Defendant.

Case No. 2:22-cv-00893-JHC

**STIPULATION AND ORDER OF
CONTINUANCE TO FILE
SETTLEMENT PAPERWORK**

<u>Noted on Motion Calendar:</u>
Tuesday, October 17, 2023

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ivan Johnson Luciano, by and through

his attorneys, Law Offices of Karen Klein and Schroeter, Goldmark & Bender., and Defendant

OBI Seafoods, LLC, by and through its attorneys, LITTLER MENDELSON, P.C., hereby

stipulate and request that the Court enter an order extending the date for resolving the claims

brought by Plaintiff Ivan Johnson Luciano and causes of action against Defendant in the above-

captioned case.  The claims brought by Co-Plaintiff Alexandria L. Erwin remain pending.  The

parties anticipate that this matter will be resolved within seven (7) days.

//

//

//

//

//

IT IS SO STIPULATED THIS 17th day of October, 2023.


/s/ Karen A. Klein
(via email authorization)
Karen A. Klein, WSBA #14989
karen@karenkleinlaw.com
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594


Chen-Chen Jiang, WSBA #51914
jiang@sgb-law.com
Carson Phillips-Spotts, WSBA #51207
spotts@sgb-law.com
Elizabeth Hanley, WSBA #38233
hanley@sgb-law.com
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305


Attorneys for Plaintiffs
Alexandria L. Erwin and
Ivan J. Johnson Luciano

/s/ Alyesha A. Dotson
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
Nina Stroescu, WSBA #60361
nstroescu@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:         206.447.6965


Attorney for Defendant
OBI Seafoods, LLC

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned

Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does

hereby, pursuant to the foregoing Stipulation:

**IT IS SO ORDERED** that the deadline to file settlement paperwork as to Plaintiff

Ivan Johnson Luciano's claims is extended to October 31, 2023.


Dated:   October 18, 2023

John H. Chun
The Honorable John H. Chun
U.S. District Court Judge

STIPULATION AND ORDER OF CONTINUANCE TO FILE
SETTLEMENT PAPERWORK
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1

**CERTIFICATE OF SERVICE**

2

     I am a resident of the State of Washington, over the age of eighteen years, and not a party

3

to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200,

4

Seattle, WA  98101.  I hereby certify that on October 17, 2023, I electronically filed the

5

foregoing document titled *Stipulation and [Proposed] Order of Continuance to File Settlement*

6

*Paperwork* with the Clerk of the Court using the CM/ECF system, which will send notification

7

of such filing to the following CM/ECF system participants:

8

**Attorneys for Plaintiffs**

9
10
11
12
13
14

Carson Phillips-Spotts, WSBA #51207
Elizabeth Hanley, WSBA #38233
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
Email: spotts@sgb-law.com
Email: hanley@sgb-law.com
Email: Hodges@sgb-law.com
    temkova@sgb-law.com

15
16
17
18

Karen A. Klein, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
Email: karen@karenkleinlaw.com

19
20

     I declare under penalty of perjury under the laws of the State of Washington that the

21

above is true and correct.  Executed on October 17, 2023, at Seattle, Washington.

22
23
24

*/s/ Noemi Villegas*
_____
Noemi Villegas, Legal Secretary
NVillegasDiaz@littler.com
**LITTLER MENDELSON, P.C.**

25
26

STIPULATION AND ORDER OF CONTINUANCE TO FILE
SETTLEMENT PAPERWORK
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300