The Honorable John H. Chun
Trial Date: April 29, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN and IVAN J. JOHNSON LUCIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS, LLC,<br><br>Defendant. | Case No. 2:22-cv-00893-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ivan Johnson Luciano, by and through his attorneys, Law Offices of Karen Klein and Schroeter, Goldmark & Bender., and Defendant OBI Seafoods, LLC, by and through its attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims brought by Plaintiff Ivan Johnson Luciano and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party. The claims brought by Co-Plaintiff Alexandria L. Erwin remain pending.

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

IT IS SO STIPULATED THIS 27th day of October, 2023.

*s/ Alyesha A. Dotson*
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
Nina Stroescu, WSBA #60361
nstroescu@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:	206.623.3300
Fax:	206.447.6965

*Attorneys for Defendant*
OBI Seafoods, LLC

*s/ Carson Phillips-Spotts*
Carson Phillips-Spotts, WSBA #51207

*s/ Elizabeth Hanley*
Elizabeth Hanley, WSBA #38233

SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
Email: spotts@sgb-law.com
Email: hanley@sgb-law.com

*s/ Karen A. Klein*
Karen A. Klein, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
Email: karen@karenkleinlaw.com

*Attorneys for Plaintiff Ivan Johnson Luciano*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

**IT IS SO ORDERED** that all of Plaintiff Ivan Johnson Luciano's claims and causes of action against Defendant OBI Seafoods, LLC are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party. The claims brought by Co-Plaintiff Alexandria L. Erwin remain pending.

Dated: October 30, 2023

_____
The Honorable John H. Chun
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 27, 2023, I electronically filed the foregoing document titled ***STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorneys for Plaintiffs**

Carson Phillips-Spotts, WSBA #51207
Elizabeth Hanley, WSBA #38233
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
Email: spotts@sgb-law.com
Email: hanley@sgb-law.com
Email: Hodges@sgb-law.com
         temkova@sgb-law.com

Karen A. Klein, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
Email: karen@karenkleinlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on October 27, 2023, at Seattle, Washington.

*s/ Colette Pringle-Saunders*
Colette Pringle-Saunders, Legal Secretary
cpsaunders@littler.com
**LITTLER MENDELSON, P.C.**

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300