The Honorable John H. Chun
Trial Date: April 29, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN and IVAN J. JOHNSON LUCIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS, LLC,<br><br>Defendant. | Case No. 2:22-cv-00893-JHC<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6) DESIGNEE(S) AND JUSTIN MULLINS**<br><br><u>Noted on Motion Calendar:</u><br><u>Friday, November 17, 2023</u> |

Pursuant to Federal Rule of Civil Procedure 6(b) and LCR 16(b)(6), the Parties request a brief continuance of the discovery deadline in this matter as to the depositions of OBI's Rule 30(b)(6) designee(s) and Justin Mullins, if the Court's schedule can accommodate it. In support of this stipulation, Defendant states as follows:

1. Trial is scheduled for April 29, 2024. Dkt. # 38.

2. The discovery deadline is December 1, 2023. Dkt. #38.

3. The Parties are engaged in discovery, and have diligently pursued written discovery, issuing and responding to discovery requests for production and participated in multiple depositions.

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6)
DESIGNEE(S) AND JUSTIN MULLINS
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

4. On October 26, 2023, Plaintiff issued a Notice of Rule 30(b)(6) Deposition to Defendant and set the deposition for November 27, 2023.

5. On November 7, 2023, Plaintiff issued a Notice of Deposition for fact witness Justin Mullins for November 28, 2023.

6. On November 7, 2023, Defendant's counsel informed Plaintiff's counsel that they were unavailable on November 27, 2023, and November 28, 2023, for these depositions but would be available on December 5, 2023 and December 13, 2023 —after the close of discovery. Plaintiff declined to reschedule the aforementioned depositions given that the only alternative dates Defendant provided were after the Court-ordered discovery cutoff.

7. On November 16, 2023, the Parties met and conferred on the timing of these depositions as well as their substance. Defendant confirmed they would not produce Mullins or a 30(b)(6) designee before the discovery cutoff. While the Parties were unable to meet minds about narrowing the substance of the notices during this meeting, they came to an agreement to extend the discovery deadline as to the Plaintiff's Notice for a Rule 30(b)(6) deposition and the deposition of Justin Mullins only. Plaintiff's counsel agreed a brief continuance of the discovery cutoff was necessary given that (1) Defendant confirmed it would not produce Mullins or a 30(b)(6) designee before the close of discovery and (2) Defendant intended to move for a protective order on both deposition notices, and the Court may not be able to decide the issues raised by Defendant before end of the discovery period.

8. The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4). LCR 16(b)(4). *St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018).

9. The Parties propose continuing the deadline for discovery up to and including December 14, 2023, or such time as the Court deems appropriate, for the limited

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6)
DESIGNEE(S) AND JUSTIN MULLINS
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

purpose of completing the Rule 30(b)(6) deposition and that of Justin Mullins. Such an extension will allow time to re-note the depositions after the Court rules on Defendant's motions for protective orders, filed simultaneously with this Motion.

10. The Parties recognize that the Court may not rule on Defendant's motions for protective orders by December 14, 2023, and should this occur, the Parties would ask that the discovery deadline be re-set to allow the depositions to proceed after the Court addresses Defendant's pending Motions.

11. The Parties in this matter understand that such continuances could impact the date of dispositive motions and trial in this matter. However, the Parties are not currently requesting to move these dates.

12. If the Court should deem it necessary, however, the Parties stand ready to cooperate with the Court to reschedule the same to a mutually agreeable date.

//

//

//

//

//

//

//

**STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6)
DESIGNEE(S) AND JUSTIN MULLINS**
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1  IT IS SO STIPULATED THIS 17th day of November, 2023.

| | |
|---|---|
| /s/ Carson Phillips-Spotts<br>(via email authorization)<br>Carson Phillips-Spotts, WSBA #51207<br>spotts@sgb-law.com<br>Elizabeth Hanley, WSBA #38233<br>hanley@sgb-law.com<br>SCHROETER, GOLDMARK & BENDER<br>401 Union Street, Suite 3400<br>Seattle, WA 98101<br>Phone (206) 622-8000<br>Fax (206) 682-2305<br>*Attorneys for Plaintiffs*<br>Alexandria L. Erwin and<br>Ivan J. Johnson Luciano | s/ Alyesha A. Dotson<br>Alyesha A. Dotson, WSBA #55122<br>adotson@littler.com<br>Nina Stroescu, WSBA #60361<br>nstroescu@littler.com<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA  98101.3122<br>Phone:       206.623.3300<br>Fax:          206.447.6965<br><br>*Attorney for Defendant*<br>OBI Seafoods, LLC |

Karen A. Klein, WSBA #14989
karen@karenkleinlaw.com
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594

*Attorneys for Plaintiffs*
Alexandria L. Erwin and
Ivan J. Johnson Luciano

---

**STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6) DESIGNEE(S) AND JUSTIN MULLINS**
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore,

**IT IS HEREBY ORDERED** that the discovery deadline and dispositive motion deadlines in this matter be CONTINUED up to and including December 14, 2023.

DATED this 20th day of November, 2023.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6)
DESIGNEE(S) AND JUSTIN MULLINS
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on November 17, 2023, I electronically filed the foregoing document titled ***Stipulated Motion and [Proposed] Order to Continue Discovery Deadline as to Depositions of Rule 30(b)(6) Designee(s) and Justin Mullins*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorneys for Plaintiffs**

Carson Phillips-Spotts, WSBA #51207
Elizabeth Hanley, WSBA #38233
SCHROETER, GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone (206) 622-8000
Fax (206) 682-2305
Email: spotts@sgb-law.com
Email: hanley@sgb-law.com
Email: Hodges@sgb-law.com
        temkova@sgb-law.com

Karen A. Klein, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
KAREN A. KLEIN, WSBA #14989
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
Email: karen@karenkleinlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on November 17, 2023, at Seattle, Washington.

*/s/ Noemi Villegas*
Noemi Villegas, Legal Secretary
NVillegasDiaz@littler.com
**LITTLER MENDELSON, P.C.**

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE AS TO DEPOSITIONS OF RULE 30(b)(6)
DESIGNEE(S) AND JUSTIN MULLINS
CASE NO. 2:22-CV-00893-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300