UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN and<br>IVAN J. JOHNSON LUCIANO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>OBI SEAFOODS, LLC,<br><br>  Defendant. | Case No. 2:22-cv-00893-JHC<br><br>ORDER RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING SCOPE OF RULE 30(b)(6) NOTICE OF DEPOSITION |

This matter comes before the Court on Defendant's Motion for a Protective Order Regarding Scope of Rule 30(b)(6) Deposition. Dkt. # 47. The Court has considered: the materials submitted by the parties in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, the Court DENIES the motion. In accordance with Federal Rule of Civil Procedure 30(b)(6), "[t]he persons designated must testify about information known or reasonably available to the organization." Any such testimony will be binding as to only Defendant.

/

/

1   DATED this 1st day of December, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER RE: DEFENDANT'S MOTION FOR
PROTECTIVE ORDER REGARDING SCOPE OF
RULE 30(b)(6) NOTICE OF DEPOSITION - 2