UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OBI SEAFOODS, LLC,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00893-JHC<br><br>ORDER DENYING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE WITHOUT PREJUDICE |

This matter comes before the Court on Defendant OBI Seafoods, LLC's motion to extend dispositive motion deadline. *See* Dkt. # 62. The Court has considered: the materials submitted by the parties in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, and in light of Defendant's motion for summary judgment, *see* Dkt. # 72, the Court DENIES the motion to extend without prejudice.

Dated this 3rd day of January, 2024.

John H. Chun
United States District Judge

ORDER DENYING MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE WITHOUT
PREJUDICE - 1