UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN,<br><br>  Plaintiff,<br><br>vs.<br><br>OBI SEAFOODS, LLC,<br><br>  Defendant. | Case No. 2:22-cv-00893-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Leave to Withdraw and for Substitution of Counsel. Dkt. # 81. Plaintiffs' counsel has submitted a brief indicating no opposition to the motion (but expressing opposition to a trial continuance). Dkt. # 92. The motion is noted for February 2, 2024, and the Court sees no reason to wait to rule on it. The Court GRANTS the motion. The withdrawal of attorney Alyesha Asghar Dotson and attorney Nina Stroescu and the substitution of attorney Sarah Turner and attorney Todd Bowers shall be effective on February 2, 2024.

DATED this 29th day of January, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1
CASE NO. 2:22-CV-00893-JHC