UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRIA L. ERWIN and
IVAN J. JOHNSON LUCIANO,

        Plaintiffs,

v.

OBI SEAFOODS, LLC,

        Defendant.

Case No. 2:22-cv-00893-JHC

ORDER

This matter comes before the Court on Defendant's Motion to Continue Trial Date. Dkt. # 94. The Court has considered the materials filed in support of, and in opposition to, the motion; the rest of the case file; and the governing law. For the reasons argued by Plaintiff, the Court does not find good cause to continue the trial date and thus DENIES the motion.

Dated this 20th day of February, 2024.

                              *John H. Chun*
                              John H. Chun
                              United States District Judge

ORDER - 1
Case No. 2:22-cv-00893-JHC