Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA L. ERWIN and IVAN J. JOHNSON LUCIANO,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS, LLC,<br><br>Defendant. | No. 2:22-cv-00893-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: APRIL 26, 2024 |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alexandria L. Erwin, by and through her attorneys, Schroeter, Goldmark & Bender and Law Offices of Karen Klein, and Defendant OBI Seafoods, LLC, by and through its attorneys, Gordon Rees Scully & Mansukhani LLC hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action brought by Plaintiff Alexandria L. Erwin against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//

//

//

STIPULATION AND ORDER OF
DISMISSAL
WITH PREJUDICE – 1
(Case No. 2:22-cv-00893-JHC)

SO STIPULATED this 26th day of April, 2024.

| SCHROETER GOLDMARK & BENDER | GORDON REES SCULLY & MANSUKHANI, LLP |
|---|---|
| *s/ Carson Phillips-Spotts* | *s/ Sarah Turner (per email authorization)* |
| CARSON PHILLIPS-SPOTTS, WSBA #51207 | Todd A. Bowers, WSBA #24638 |
| ELIZABETH HANLEY, WSBA #38233 | Sarah Turner, WSBA #37748 |
| 401 Union Street, Suite 3400 | 701 Fifth Avenue, Suite 2100 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Tel: (206) 622-8000 | Phone: (206) 695-5100 |
| Fax: (206) 682-2305 | Fax: (206) 689-2822 |
| hanley@sgb-law.com | tbowers@grsm.com |
| spotts@sgb-law.com | sturner@grsm.com |
|  | *Attorneys for Defendant* |

KAREN A. KLEIN, WSBA #14989
LAW OFFICES OF KAREN A. KLEIN
403 Madison Ave N, SUITE 240
Bainbridge Island, WA 98110
Tel: 206.498.4594
karen@karenkleinlaw.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 2
(Case No. 2:22-cv-00893-JHC)

**ORDER**

IT IS SO ORDERED that this case is DISMISSED with prejudice and without costs.

DATED this 26th day of April, 2024.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL
WITH PREJUDICE – 3
(Case No. 2:22-cv-00893-JHC)